UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Jose Miguel URETA-Moreno,** ) <br> ) <br> ) <br> Defendant ) <br> ) | Magistrate Docket No. '08 MJ 0483 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the <br> United States |

The undersigned complainant, being duly sworn, states:

On or about **February 18, 2008** within the Southern District of California, defendant, **Jose Miguel URETA-Moreno,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sean Braud
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **February 2008**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Miguel URETA-Moreno

## PROBABLE CAUSE STATEMENT

On February 18, 2008, Border Patrol Agent A. Ramirez was performing line watch duties in the Campo, California area of responsibility. At approximately 3:45 a.m., Agent Ramirez responded to a sensor activation near Pine Valley, California. This area is located about 16 miles north of the Tecate, California Port of Entry. This area is frequently used by undocumented aliens attempting to further their entry in to the United States. Agent Ramirez laid in on a trail that is commonly used by undocumented aliens who activate this sensor. After a while, Agent Ramirez encountered nine individuals in the area. Agent Ramirez identified himself as U.S. Border Patrol Agent and questioned each subject as to their citizenship. Each subject, including one later identified as the defendant **Jose Miguel URETA-Moreno**, freely admitted to being a citizen and national of Mexico illegally present the United States. At approximately 4:00 a.m., Agent Ramirez placed the defendant under arrest and made arrangements to have him and the other eight individuals transported to the Campo Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 5, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

_____
Sean Braud
Senior Patrol Agent

_____
William McCurine Jr
U.S. Magistrate Judge

2/19/08  1332hrs
Date/Time