1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE WILLIAM McCURINE, JR.)**

11  UNITED STATES OF AMERICA,              ) Case No.  08MJ0483
                                           )
12              Plaintiff,                 )
                                           )
13  v.                                     ) **NOTICE OF APPEARANCE**
                                           )
14  **JOSE MIGUEL URETA-MORENO**,          )
                                           )
15              Defendant.                 )
                                           )
16  _____)

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

18  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                  Respectfully submitted,

21

22  Dated:  February 26, 2008          /s/  *Robert R. Henssler, Jr.*
                                       **ROBERT R. HENSSLER, JR.**
23                                     Federal Defenders of San Diego, Inc.
                                       Robert_Henssler@fd.org
24                                     Attorneys for Defendant

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: February 26, 2008                    */s/ Robert R. Henssler, Jr.*
                                            **ROBERT R. HENSSLER, JR.**
                                            Federal Defenders of San Diego, Inc.
                                            Robert_Henssler@fd.org