AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MAR 1 8 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE MIGUEL URETA-MORENO | CASE NUMBER: 08CR0782-JM |

I, JOSE MIGUEL URETA-MORENO, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/18/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Miguel Ureta M.
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

Brenda Leyva,
Interpreter
3/14/08